UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED

2007 MAR -5  A 11: 46



| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| v. : | Crim. No 2:95-mj-00094 (TPS) |
| HAROLD COOK : | March 1, 2007 |

GOVERNMENT'S MOTION FOR ORDER
TO DESTROY FIREARM(S) / AMMUNITION

The United States, by and through its undersigned attorney, seeks an order of the Court authorizing the Federal Bureau of Investigation ("FBI") to destroy the following firearms(s) and/or ammunition:

Interdynamic 9mm luger
Serial No. 18788

The government submits the following in support of this motion:

1. The firearm has come into the possession of the FBI as evidence during the course of the now-resolved criminal case. The continued retention of the firearm in the New Haven Office poses an ever-increasing problem with regard to proper security for the firearm and the space available for other duties of this office.

2. The FBI's established procedure is to dispose of all unlawfully possessed firearms no longer of evidentiary value by forwarding them to the FBI Laboratory in Washington, D.C., for destruction.

3. The firearm in this case is either an illegal firearm per se, or if not illegal per se, was used in connection with a crime, or was not lawfully registered, or cannot be returned to the owner because of a felony conviction

4. The firearm was found in a pile of wood located at 3711 Evan Street, St. Louis, Missouri, which was believed to be the residence of Harold Cook while he was a fugitive in a Hartford, Connecticut murder case.

5. By letter sent to Mr. Cook's last known address, the FBI advised Harold Cook of its intention to seek a destruction order absent an objection raised within 30 days (copy of letter attached). Mr. Cook has not lodged an objection to the destruction of the firearm.

Wherefore, the government respectfully requests that this Court, in the exercise of its general supervisory powers, issue an order authorizing the destruction of the firearm(s)/ammunition.

Respectfully submitted,

KEVIN J. O'CONNOR
UNITED STATES ATTORNEY

HENRY K. KOPEL
ASSISTANT UNITED STATES ATTORNEY
Federal Bar No. CT 24829
157 Church Street
New Haven, Connecticut 06501
(203) 821-3700

## CERTIFICATE OF SERVICE

The foregoing "Government's Motion for Order to Destroy Firearm(s)/Ammunition" was mailed, postage prepaid, this __1st__ day of __Mar.__ 2007, to Mr. Harold L. Cook, 8 Greenbriar Drive, Bloomfield, CT 06002.

_____
HENRY K. KOPEL
ASSISTANT UNITED STATES ATTORNEY



U.S. Department of Justice

Federal Bureau of Investigation

In Reply, Please Refer to
File No. 88A-NH-32473
321A-NH-A34057-5

600 State Street
New Haven, CT 06511
(203) 777-6311
April 6, 2006

REGISTERED RETURN RECEIPT

Harold L. Cook
8 Greenbriar Drive
Bloomfield, CT 06002

                RE:   Notice of Intent to Destroy Firearms

Dear Mr. Cook:

      It is the policy of the Federal Bureau of Investigation to obtain a court order for the destruction of firearms and ammunition seized during the course of an investigation after those items are no longer needed as evidence.  According to our records, items listed below were seized from 3711 Evans Street, St. Louis, Missouri on February 21, 1996.

        ***Interdynamic 9mm luger***
        ***Serial Number: 18788***

      Unless I receive a written response within thirty days stating the grounds upon which you believe you are entitled to have this firearm returned to you, I will obtain the court's permission to destroy these items.

                                          Sincerely,

                                          Kimberly K. Mertz
                                          Special Agent in Charge

                                          By:
                                          David M. Rhieu
                                          Chief Division Counsel

cookletter.wpd