UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : Crim. No 2:95-mj-00094 (TPS) |
| HAROLD COOK | : |

### ORDER

The Government's motion for destruction of firearm(s)/ ammunition having been reviewed, notice to the possessor/owner of the firearm(s) and/or ammunition having been either given, or attempted by reasonable means under the circumstances, and good cause having been shown,

IT IS HEREBY ORDERED that the Federal Bureau of Investigation is directed to forward the firearms(s) and/or ammunition identified in the Government's motion to the FBI Laboratory in Washington, D.C. for destruction in accordance with its established procedure.

SO ORDERED this _____ day of _____, 2007 at Hartford, Connecticut.

_____

United States District Judge