UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**UNITED STATES OF AMERICA,**

    **v.**　　　　　　　　　　　**CRIMINAL NO. 2:95-mj-00094 (TPS)**

**HAROLD COOK**

<u>ORDER</u>

The Government's motion for destruction of firearm having been reviewed, notice to the possessor/owner of the firearm having been either given, or attempted by reasonable means under the circumstances, and good cause having been shown,

**IT IS HEREBY ORDERED** that the Federal Bureau of Investigation (FBI) is directed to forward the firearm identified in the Government's motion to the FBI Laboratory in Washington, D.C. for destruction in accordance with its established procedure.

    **Dated at Hartford, Connecticut this 6th day of March, 2007.**

                                            /s/ Thomas P. Smith
                                            **THOMAS P. SMITH**
                                            **UNITED STATES MAGISTRATE JUDGE**